UNITED STATES of America, Plaintiff–Appellee,

v.

George RODGERS, Defendant–Appellant.

No. 90–7140.

United States Court of Appeals, Eleventh Circuit.

Sept. 22, 1992.

T. Jefferson Deen, III, Clark, Deen & Copeland, P.C., Mobile, Ala., for defendant-appellant.

Charles A. Kandt, Richard H. Loftin, Asst. U.S. Attys., George A. Martin, Mobile, Ala., for plaintiff-appellee.

ON PETITION FOR REHEARING

Before KRAVITCH and EDMONDSON, Circuit Judges, and GODBOLD, Senior Circuit Judge.

PER CURIAM:

The last paragraph of part A of our 28 January 1992 opinion is hereby withdrawn in its entirety. In its place we make this statement:

We see no reason to differ from the conclusion reached in other circuits on this question. The district court erred in assessing the three level increase.